# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| AVA NEWMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-81 |
| | § | |
| KROGER TEXAS, LP, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

In accordance with the order signed on this date, defendant Kroger Texas, LP's ("Kroger") motion for summary judgment is GRANTED and all claims that plaintiff Ava Newman asserts against Kroger are DISMISSED WITH PREJUDICE.  Judgment in ENTERED in favor of Kroger.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 3, 2019.

Gray H. Miller
Senior United States District Judge